United States Courts
Southern District of Texas
FILED

*January 13, 2021*

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

4:21mj0063

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | SEALED |
| v. | § § § | No. 4:20-CR-372 Judge Jordan |
| MANUEL HENRY PADILLA (1) ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, | § § § § § | |



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 9 – 2020

BY DEPUTY_____

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime in or about August 2020, and continuously thereafter up to and including December 9, 2020, in the Eastern District of Texas and elsewhere,

**Manuel Henry Padilla**
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮,

defendant, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

Indictment/Notice of Penalty – Page 1

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

Any and all such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____          12/9/2020
ERNEST GONZALEZ                          Date
Assistant United States Attorney

Indictment/Notice of Penalty – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | SEALED |
|---|---|---|
| v. | § § § | No. 4:20-CR- Judge |
| MANUEL HENRY PADILLA (1)  | § § | |

### Count One

Violation: 21 U.S.C. § 846

Penalty: If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

Indictment/Notice of Penalty – Page 3